**Exhibit A to the Complaint**

**Location:** Fort Myers, FL  
**Total Works Infringed:** 44  
**IP Address:** 71.200.231.250  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | A7B3154FBE6AD9C1BB1D38BEFED9921882AC0A08 | Tushy | 01/07/2019 18:44:36 | 01/06/2019 | 01/22/2019 | PA0002147897 |
| 2 | 07EC80C56B473DD0771AB7D4A3E905994A87A408 | Blacked | 07/19/2018 23:10:23 | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 3 | 0CAE44A3DBD8F5673DC978E864B5E7CAE0909F40 | Blacked Raw | 09/20/2018 16:07:52 | 09/19/2018 | 11/01/2018 | PA0002143420 |
| 4 | 0D6FADCB601F5F2DA307D2B6E498C67BE837AACC | Blacked | 02/15/2018 18:45:46 | 02/14/2018 | 03/02/2018 | PA0002104757 |
| 5 | 12DDC48A4BD2021E2503F432B6C3226A78C13AD9 | Blacked Raw | 12/14/2017 18:14:00 | 12/13/2017 | 01/02/2018 | PA0002097434 |
| 6 | 1562051A82BF38DF5A876319EF81058CD3571E80 | Tushy | 04/12/2018 17:40:34 | 04/11/2018 | 05/23/2018 | PA0002101305 |
| 7 | 15B4D4AF83BFA9B878DC09AE42B59EACD98F520A | Blacked | 04/02/2018 16:59:30 | 03/31/2018 | 04/12/2018 | PA0002091516 |
| 8 | 223D4DB0ECFA99B84C7510AF336D48C5494E3DF7 | Blacked | 08/09/2018 17:46:09 | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 9 | 232A715993302BFA5E2CD6FED71A05699484F79B | Blacked Raw | 07/27/2018 16:13:09 | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 10 | 24F17708EFCAC58DF9FDADED47654864C1F4DB52 | Vixen | 05/30/2018 17:09:03 | 05/29/2018 | 07/14/2018 | PA0002128390 |
| 11 | 25BB736475DB18C804D23B6C8888A5CA4BC9F352 | Vixen | 05/16/2018 15:49:50 | 02/28/2018 | 04/17/2018 | PA0002116071 |
| 12 | 2C3F08BB4CFA7020E32D18E58E43DF58E4C50C71 | Blacked | 11/18/2018 07:20:20 | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 13 | 3054C593A507D9BE1746BAD469DE0F54405602CC | Blacked | 10/23/2018 17:36:02 | 10/22/2018 | 11/25/2018 | PA0002136653 |
| 14 | 43E0D25E70530A6C6837D3E3EBC16B958F2E24AC | Blacked Raw | 03/29/2018 16:32:28 | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 15 | 637973CB536525CD32F7FFDC054B4E1B9742D7FA | Tushy | 11/24/2017 18:15:22 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 16 | 6471AC811C89A07BC2860B0F2CEB25A256A6B2F9 | Blacked Raw | 06/10/2018 05:17:28 | 06/06/2018 | 07/14/2018 | PA0002128447 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 6671533EE8277923DF4254534389F8630C5BF901 | Blacked | 11/20/2017 15:11:14 | 11/16/2017 | 11/21/2017 | PA0002098042 |
| 18 | 671DDFBC666A9FFA0E88AB3B20AB945C9AB2FF25 | Tushy | 07/06/2018 17:31:59 | 07/05/2018 | 08/07/2018 | PA0002132399 |
| 19 | 7187921EA9FCD6A45613346F742B048B53088923 | Tushy | 09/19/2018 15:46:31 | 09/18/2018 | 10/16/2018 | PA0002127779 |
| 20 | 7AA9EE0B623B3876BDBBB4854D311BA014697009 | Blacked | 11/13/2017 16:50:47 | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 21 | 83B2F9CA22105C972F55D81AEFE628606713A3F4 | Blacked Raw | 08/27/2018 15:20:48 | 08/25/2018 | 10/16/2018 | PA0002127783 |
| 22 | 8AB9EDB3E2B91A48276D2F046B1BCFA98D6DC837 | Tushy | 08/21/2018 17:31:57 | 08/19/2018 | 09/05/2018 | PA0002134998 |
| 23 | 8FFED2A7F7AA77020D249E7A6311C6D5A7D97547 | Vixen | 09/27/2018 17:43:46 | 09/21/2018 | 11/01/2018 | PA0002143417 |
| 24 | 90CD3E7A381DA98B69C52E23EB091FC44D91A3CF | Vixen | 05/25/2018 17:39:49 | 05/14/2018 | 06/19/2018 | PA0002126499 |
| 25 | A1A56A2B98ABF91CD9C6DAEB2EA4DF592C17CA31 | Blacked | 09/23/2018 12:19:23 | 09/22/2018 | 11/01/2018 | PA0002143419 |
| 26 | A1D049D475923190FF3A7134A0D2B9F10D62914B | Vixen | 09/27/2018 17:53:02 | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 27 | A1DCE8522CD19C6338A6B7B7634672CADE4A1E61 | Vixen | 08/09/2018 18:01:22 | 08/07/2018 | 09/05/2018 | PA0002135684 |
| 28 | A827B61B71B5F572AFF3A7E16BBA64710DF9E983 | Vixen | 12/22/2017 16:30:22 | 12/20/2017 | 01/15/2018 | PA0002099694 |
| 29 | AB0416D3D467A65588B4A56A193171F584F1CFB1 | Blacked | 06/15/2018 17:51:05 | 06/14/2018 | 07/14/2018 | PA0002130452 |
| 30 | ACBDD08C545834892EEAFD5EF53A55AB8EDA2C54 | Tushy | 09/25/2018 17:35:21 | 09/23/2018 | 11/01/2018 | PA0002143415 |
| 31 | B7F9B4455C8C085B75BD0E4E23AA26317B2DE1FB | Vixen | 01/25/2018 18:01:52 | 01/24/2018 | 03/02/2018 | PA0002104759 |
| 32 | B8B5E999A94962328D350DA0E80A1725B23D450D | Blacked Raw | 12/24/2017 16:57:20 | 12/23/2017 | 01/15/2018 | PA0002099706 |
| 33 | CD6294A1E374A9314470B69751116A79B32C1E56 | Blacked Raw | 11/20/2017 15:02:32 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 34 | D004FE4CC187D0709C94955D8BF728C72E039D05 | Blacked Raw | 05/23/2018 17:46:57 | 05/22/2018 | 07/14/2018 | PA0002128073 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | D0EEAC4F4929D503CEFAF291FD54DB4E584FA615 | Blacked | 01/11/2018 18:27:17 | 01/10/2018 | 01/15/2018 | PA0002070942 |
| 36 | D3E111A172F6D43B17E5E5C8EB24008B3C8796DF | Blacked Raw | 09/11/2018 18:01:18 | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 37 | DAFC93B6C471FBB4324C5ABE4B7B23E9F440B87A | Blacked Raw | 06/12/2018 17:57:30 | 06/11/2018 | 07/09/2018 | PA0002109330 |
| 38 | E006E8B0FB8DAFF172AB25A039A70F1D393D30D8 | Blacked Raw | 06/21/2018 17:16:44 | 03/03/2018 | 04/17/2018 | PA0002116063 |
| 39 | E2E738A023ED0C5032A028D5D3AC7DB55D80DDC7 | Vixen | 11/21/2017 18:16:30 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 40 | EA84537B6646C8DAAFD3C394CCDADFC7A0895131 | Vixen | 09/27/2018 17:35:59 | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 41 | EFDB886D8D69B8D7CC31153066C52424FA716283 | Vixen | 06/28/2018 17:47:51 | 06/23/2018 | 07/26/2018 | PA0002112155 |
| 42 | F86DA9055E92BAB95A05CB33F2FCE503D60EC42A | Blacked | 05/25/2018 17:37:12 | 05/24/2018 | 07/14/2018 | PA0002128376 |
| 43 | FD928994BB900C0D711D62EB937A56C97C5AE985 | Vixen | 10/20/2018 09:05:00 | 10/16/2018 | 10/28/2018 | PA0002130458 |
| 44 | FD94F66DD045FAE1B735ACF2E56118445ECDB9B6 | Blacked | 05/11/2018 17:40:12 | 05/10/2018 | 05/24/2018 | PA0002101376 |